**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CARL JOSEPH FULMER**                                                                    **PLAINTIFF**

**V.**                                                   **CAUSE NUMBER: 3:26-cv-00121-JDM-RP**

**EZ AUTO, INC., et al.**                                                               **DEFENDANTS**

**ORDER TAKING JUDICIAL NOTICE OF
CREDIT ACCEPTANCE CORPORATION'S SEC FILINGS**

Before the Court is Plaintiff Carl Joseph Fulmer's Request to Take Judicial Notice of

Defendant Credit Acceptance Corporation's Securities and Exchange Commission (SEC) filings.

[53]  Specifically, Fulmer seeks judicial notice of Credit Acceptance's 2024 Form 10-K which

identifies VSC Re Company as Credit Acceptance's wholly owned subsidiary.

Federal Rule of Evidence 201(b) allows a court to judicially notice a fact "not subject to

reasonable dispute[.]" FED. R. EVID. 201(b).  Rule 201(c)(2) says a court "must take judicial notice

if a party requests it and the court is supplied with the necessary information."  FED. R. EVID.

201(c)(2).  And SEC filings "may be properly judicially noticed to the extent that they are

'considered only for the purpose of determining what statements the documents contain, *not to

prove the truth of the documents' contents*.'"  *Petrobras Am., Inc. v. Samsung Heavy Indus. Co.,

Ltd.*, 9 F.4th 247, 255 (5th Cir. 2021) (emphasis added) (quoting *Lovelace v. Software Spectrum

Inc.*, 78 F.3d 1015, 1018 (5th Cir. 1996)).

Fulmer provided the necessary information to locate Credit Acceptance's 2024 Form 10-K.

Therefore, the Court takes judicial notice of this SEC filing.  But it does so for the lone purpose of

determining what statements the documents contain—not to prove the truth of any statements in

the documents.

To that extent, Fulmer's Request for Judicial Notice of Credit Acceptance's SEC Filings [53] is **GRANTED**.

**SO ORDERED**, this the 12th day of August, 2026.

 /s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI