**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **CARL JOSEPH FULMER** | **PLAINTIFF** |
| **V.** | **CAUSE NUMBER: 3:26-cv-00121-JDM-RP** |
| **EZ AUTO, INC., et al.** | **DEFENDANTS** |

**ORDER TAKING JUDICIAL NOTICE OF**
**CREDIT ACCEPTANCE CORPORATION'S FORM 8-K SEC FILING**

Before the Court is Plaintiff Carl Joseph Fulmer's Request to Take Judicial Notice of Defendant Credit Acceptance Corporation's Securities and Exchange Commission (SEC) Form 8-K. [54] Specifically, Fulmer seeks judicial notice of Credit Acceptance's 8-K from December 20, 2021. This form purports to disclose a settlement between Credit Acceptance and the State of Mississippi.

Federal Rule of Evidence 201(b) allows a court to judicially notice a fact "not subject to reasonable dispute." FED. R. EVID. 201(b). Rule 201(c)(2) says a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c)(2). And SEC filings "may be properly judicially noticed to the extent that they are 'considered only for the purpose of determining what statements the documents contain, *not to prove the truth of the documents' contents*.'" *Petrobras Am., Inc. v. Samsung Heavy Indus. Co., Ltd.*, 9 F.4th 247, 255 (5th Cir. 2021) (emphasis added) (quoting *Lovelace v. Software Spectrum Inc.*, 78 F.3d 1015, 1018 (5th Cir. 1996)).

Credit Acceptance argues the request is defective. But pro se plaintiffs like Fulmer are afforded some leniency. *Davis v. Fernandez*, 798 F.3d 290, 293 (5th Cir. 2015). And judicially

noticing an SEC filing does not impact this Court's arbitration analysis. Fulmer is wrong about that.

While it is unusual to notice evidentiary facts at this stage, the Court emphasizes Fifth Circuit precedent merely allows this Court take judicial notice that these SEC filings exist. This Court does not take any fact as true in this or any other judicially noticed SEC filing.

Still, because Fulmer provided the necessary information to locate Credit Acceptance's 2024 Form 8-K, the Court takes judicial notice of this SEC filing. But again, it does so for the lone purpose of determining what statements the documents contain—not to prove the truth of any statements in the documents. In short, the Court does nothing more than acknowledge this document exists.

To that extent, Fulmer's Request for Judicial Notice of Credit Acceptance's Form 8-K Filing [54] is **GRANTED**.

**SO ORDERED**, this the 24th day of August, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI